IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| VANTAGE BENEFITS ADMINISTRATORS, ) | Case No. 19-34054-SGJ-11 |
| INC., ) | Adv. Proc. No. 19-03141-SGJ |
| ) | |
| Debtor. ) | |

\* \* \*

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, ) | |
| *an Illinois corporation,* ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VANTAGE BENEFITS ) | |
| ADMINISTRATORS, INC., ) | |
| *a California corporation, et al.* ) | |
| ) | |
| Defendants. ) | Civil Action No. 3:18-CV-472-C |

## ORDER

Before the Court is the Report and Recommendation, signed by the Honorable Stacey G. C. Jernigan, United States Bankruptcy Judge, therein recommending that the Court grant summary judgment in favor of each of the insurance carriers[1] on coverage issues and deny the Trustee's motion for partial summary judgment on the same coverage issues.[2]

After due consideration and having conducted a *de novo* review, the Court finds that the Trustee's objections should be **OVERRULED**. Furthermore, after reviewing the thorough and

---

[1] The insurance carriers consist of: Evanston Insurance Company; Certain Underwrites at Lloyd's London and HDI Global Specialty, SE; and Landmark American Insurance Company—each of which have filed a motion for summary judgment in the underlying bankruptcy proceedings.

[2] On July 28, 2021, the Trustee filed objections to the Report and Recommendation.

well-reasoned Report and Recommendation, the Court is of the opinion that the Report and Recommendation entered by the Bankruptcy Court should be **ADOPTED** as the findings and conclusions of this Court. For the reasons stated therein, the Court **ORDERS** that summary judgment be **GRANTED** in favor of each of the insurance carriers on the coverage issues and that the Trustee's motion for partial summary judgment on the same issues be **DENIED**.

SO ORDERED.

Dated August __11__, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE